✎AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Middle District of Alabama

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| **OMARIOUS SHARUSSELL GREEN** | ) | Case No:   2:05cr067-WHA-01 |
| | ) | USM No:   11696-002 |
| Date of Previous Judgment:   12/6/05 | ) | N.A. |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of   **X** the defendant   ❒ the Director of the Bureau of Prisons   ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
    ❒ DENIED.   **X** GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   100   months **is reduced to**   81   months   .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:   33         Amended Offense Level:   25
Criminal History Category:   III         Criminal History Category:   III
Previous Guideline Range:   168 to 210 months         Amended Guideline Range:   70 to 87 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
**X** The reduced sentence is within the amended guideline range.
❒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
**X** Other (explain):   The recommended amended guideline range noted above includes the 5K1.1 departure originally given to the Defendant at sentencing.

**III. ADDITIONAL COMMENTS**
The Court has considered the factors set forth in 18 U.S.C. §3553(a) in making its reduction determination pursuant to 18 U.S.C. § 3582(c)(2)/Amendment 706.

Except as provided above, all provisions of the judgment dated   12/6/2005   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   July 28, 2009                                                               /s/ W. Harold Albritton
                                                                                                         Judge's signature

Effective Date:   _____                                         W. Harold Albritton, Senior U. S. District Judge
             (if different from order date)                                                 Printed name and title